JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANLI-BEOKA MEDICAL TECHNOLOGY INC. and ANSHICHUANGYI-US,<br><br>Plaintiffs,<br><br>v.<br><br>HYPER ICE, INC. and DATAFEEL, INC.,<br><br>Defendants. | Case No. 8:25-cv-00260-JWH-DFM<br><br>**JUDGMENT** |
| HYPER ICE, INC. and DATAFEEL, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>QIANLI-BEOKA MEDICAL TECHNOLOGY INC.; ANSHICHUANGYI-US; GUANGZHOU YUNRI SHANGMAO CO., LTD.; HUIZHOU ANCHI TECHNOLOGY CO., LTD.; and BOB AND BRAD, LLC,<br><br>Counterdefendants. | |

Pursuant to the "Order Granting Counterdefendants' Motion for Judgment on the Pleadings [ECF No. 51]" entered on or about January 28, 2026, and the "Stipulation of Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)" filed on or about February 21, 2026, and in accordance with Rules 12(c) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 & 1338(a).

2.      The operative pleadings in this action are the Declaratory Judgment Complaint (the "Complaint") [ECF No. 1] and the Answer to Complaint for Declaratory Judgment and First Amended Counterclaims (the "Counterclaim") [ECF No. 27].

3.      Judgment is hereby **ENTERED** in **FAVOR** of Plaintiffs and Counterdefendants Qianli-Beoka Medical Technology Inc. and AnshiChuangyi-US (jointly, "Plaintiffs") and Counterdefendants Guangzhou Yunri Shangmao Co., Ltd.; Huizhou Anchi Technology Co., Ltd.; and Bob and Brad, LLC (collectively, "Counterdefendants") and **AGAINST** Defendants and Counterclaimants Hyper Ice, Inc. and DataFeel, Inc. ("Defendants") on the claim for declaratory judgment of non-infringement in Plaintiffs' Complaint and on the two counterclaims for patent infringement in Counterdefendants' Counterclaim.  Defendants shall take nothing by way of their Counterclaim.

4.      On or about February 21, 2026, Plaintiffs and Defendants stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the **DISMISSAL without prejudice** of Plaintiffs' claim for declaratory judgment of invalidity, thereby divesting the Court of jurisdiction over that last remaining claim for relief.

5.      This action is **DISMISSED**.

/ / /

6.    Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____March 3, 2026_____

_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-